United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 22-01091-BAJ |
| Sonia Iris Diaz Zayas | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 01, 2022 | Form ID: 309A | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonia Iris Diaz Zayas, 2768 SW 154th Place Road, Ocala, FL 34473-3437 |
| 29997427 | + | Ascendant Holidays, Post Office Box 96058, Las Vegas, NV 89193-6058 |
| 29997440 | + | Florida Department of, Children and Families, 400 West Robinson Street, Suite 1129, Orlando, FL 32801-1707 |
| 29997425 | + | Marion County Tax Collector, P.O. Box 970, Ocala FL 34478-0970 |
| 29997444 | + | State of Ohio, Department of Taxation, 4485 Northland Ridge Blvd, Columbus, OH 43229-6596 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: rh@randallhansonlaw.com | Jun 01 2022 21:58:00 | Randall W Hanson, The Law Office of Randall W Hanson PA, 1809 E Broadway Street, Suite 307, Oviedo, FL 32765 |
| tr | | Email/Text: doreen.abbott@txitrustee.com | Jun 01 2022 21:58:00 | Doreen Abbott, PO Box 56257, Jacksonville, FL 32241-6257 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 01 2022 21:59:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 29997428 | + | EDI: TSYS2 | Jun 02 2022 01:58:00 | Barclays Bank Delaware, Attn: Bankruptcy, Post Office Box 8801, Wilmington, DE 19899-8801 |
| 29997429 | + | EDI: CAPITALONE.COM | Jun 02 2022 01:58:00 | Capital One, Attn: Bankruptcy, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 29997431 | + | EDI: CITICORP.COM | Jun 02 2022 01:58:00 | Citibank, Attn: Bankruptcy, Post Office Box 790034, St Louis, MO 63179-0034 |
| 29997432 | | EDI: CITICORP.COM | Jun 02 2022 01:58:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 29997433 | + | EDI: CITICORP.COM | Jun 02 2022 01:58:00 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, Post Office Box 790034, St Louis, MO 63179-0034 |
| 29997434 | + | EDI: WFNNB.COM | Jun 02 2022 01:58:00 | Comenity Bank/Ulta, Attn: Bankruptcy Dept, Post Office Box 182125, Columbus, OH 43218-2125 |
| 29997435 | + | EDI: WFNNB.COM | Jun 02 2022 01:58:00 | Comenity Capital/intrvl, Post Office Box 182120, Columbus, OH 43218-2120 |
| 29997436 | + | EDI: WFNNB.COM | Jun 02 2022 01:58:00 | Comenity cb/sally, Attn: Bankruptcy Dept, Post Office Box 182120, Columbus, OH 43218-2120 |
| 29997437 | + | EDI: WFNNB.COM | Jun 02 2022 01:58:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Post Office Box 182125, Columbus, OH 43218-2125 |
| 29997438 | + | EDI: WFNNB.COM | Jun 02 2022 01:58:00 | Comenity/Burlington, Attn: Bankruptcy Dept, Post Office Box 182125, Columbus, OH 43218-2125 |

| District/off: 113A-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: 309A | Total Noticed: 27 |

| Recipient# | | Method | Date/Time | Address |
|---|---|---|---|---|
| 29997439 | + | EDI: WFFC.COM | Jun 02 2022 01:58:00 | Dillards Card Services, Wells Fargo Bank NA, Post Office Box 10347, Des Moines, IA 50306-0347 |
| 29997426 | | EDI: FLDEPREV.COM | Jun 02 2022 01:53:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 29997430 | | EDI: JPMORGANCHASE | Jun 02 2022 01:53:00 | Chase Card Services, Attn: Bankruptcy, Post Office Box 15298, Wilmington, DE 19850 |
| 29997441 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Jun 01 2022 21:58:00 | Monterey Financial Services, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 29997442 | + | EDI: CITICORP.COM | Jun 02 2022 01:58:00 | NTB/Citibank, Citi Corp Credit Svcs, Centralized Bankruptcy, Post Office Box 20507, Kansas City, MO 64195-0507 |
| 29997443 | ^ | MEBN | Jun 01 2022 21:58:57 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 29997445 | + | EDI: RMSC.COM | Jun 02 2022 01:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Post Office Box 965064, Orlando, FL 32896-5064 |
| 29997446 | + | EDI: RMSC.COM | Jun 02 2022 01:53:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Post Office Box 965064, Orlando, FL 32896-5064 |
| 29997447 | + | Email/Text: collections@usffcu.org | Jun 01 2022 21:59:00 | USF FCU, 13302 USF Palm Dr, Tampa, FL 33612-9600 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Doreen Abbott | jaxtrustee@gmail.com  ecf.alert+abbott@titlexi.com |
| Randall W Hanson | on behalf of Debtor Sonia Iris Diaz Zayas rh@randallhansonlaw.com  dina@randallhansonlaw.com |
| United States Trustee - JAX 13/7 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Sonia Iris Diaz Zayas<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–0815<br>EIN: \_\_–_____ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: \_\_\_\_<br>EIN: \_\_–_____ | |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter:    7    5/31/22 | |
| Case number: | 3:22–bk–01091–BAJ | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sonia Iris Diaz Zayas | |
| 2. | **All other names used in the last 8 years** | aka Sonia Diaz, fka Sonia I Torres | |
| 3. | **Address** | 2768 SW 154th Place Road<br>Ocala, FL 34473 | |
| 4. | **Debtor's attorney**<br>Name and address | Randall W Hanson<br>The Law Office of Randall W Hanson PA<br>1809 E Broadway Street<br>Suite 307<br>Oviedo, FL 32765 | Contact phone (407) 491–2656<br><br>Email: rh@randallhansonlaw.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Doreen Abbott<br>PO Box 56257<br>Jacksonville, FL 32241–6257 | Contact phone 904–886–9459 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor  **Sonia Iris Diaz Zayas**                                                                                          Case number **3:22−bk−01091−BAJ**

| | | |
|---|---|---|
| **6.** **Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 North Hogan Street Suite 3−150<br>Jacksonville, FL 32202 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 904−301−6490<br><br>Date: June 1, 2022 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073−1 restricts the entry of personal electronic devices into the Courthouse. | **July 14, 2022 at 09:20 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Meeting will be held telephonically**<br><br>Trustee: Doreen Abbott<br>Call in number: 877−531−0473<br>Passcode: 4123757 |
| *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *** | | |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** **September 12, 2022** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1−866−222−8029. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**                                      page 2